ORDERED ACCORDINGLY.

Dated: October 27, 2015



_____
**Brenda K. Martin, Bankruptcy Judge**

Kenneth L. Neeley, 025899
Nathan A. Finch, 031279
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| IWM, LLC, | Case No.: 2:15-bk-01912-BKM |
| Debtor-in-Possession. | **ORDER GRANTING FIRST FEE APPLICATION OF DEBTOR'S COUNSEL** |

Neeley Law Firm, PLC filed a *First Fee Application of Debtor's Counsel* on September 10, 2015 at DE 95 ("Fee Application"). Pursuant to the Fee Application, Neeley Law Firm, PLC ("Applicant"), asks the Court to approve payment for work performed and for costs incurred for the Debtors from February 26, 2015 through August 31, 2015 ("Application Period"). The Fee Application seeks final approval and payment of fees incurred during the Application Period in the aggregate amount of $15,327.50, and costs in the aggregate amount of $1,826.50, for a total of $17,154.00.

WHEREFORE, the Court, having considered the Fee Application and any response or objection being resolved, it is hereby ordered,

A. The Fee Application is approved.

B. Granting Debtor's Counsel interim approval of compensation for professional services rendered by Applicant for the Debtor in the amount of $15,327.50.

C. Granting Debtor's Counsel interim approval of reimbursement of $1,826.50 for actual and necessary expenses incurred and paid.

D. Granting interim approval of the $4,500.00 in Applicant's trust account to be paid at a *pro rata* basis to Arizona Department of Revenue and Debtor's Counsel.

E. Directing Debtor to pay the outstanding portion of the fees and costs approved herein, totaling $12,879.00.

F. The hearing set 11/10/2015 at 11:00 a.m. is vacated.

DATED AND SIGNED ABOVE