DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ 85267-2970
(480) 451-3053

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| IWM, LLC | ) | CASE NO. 15-01912-PHX-BKM |
| | ) | |
| | ) | TRUSTEE'S REPORT |
| | ) | OF AUCTION SALE |
| Debtor(s). | ) | |

    Pursuant to Fed. R. Bankr. P. 6004(f)(1), DIANE M. MANN, Trustee in the above-captioned case, reports that pursuant to the 12/17/15 order authorizing an auction sale, and after due notice to creditors and interested parties, a public auction was held on 1/6/16, by Cunningham & Associates at 6520 N 27th Ave., Phoenix, AZ where estate property was sold for the sum of $750.00.

    A report of items sold by the auctioneer is attached hereto as Exhibit A and is incorporated herein by this reference.


January 14, 2016                                /s/ DIANE M. MANN
    DATE                                           DIANE M. MANN, TRUSTEE